Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph
916-282-0771 fax

Attorney for Plaintiff
Jeremy Bard

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Jeremy Bard<br><br>         Plaintiff,<br><br>     v.<br><br>Upgrade, Inc., Alliant Capital Management of New York LLC<br><br>         Defendants. | Case No.: 5:23-cv-02330-SSS-KK<br><br>NOTICE OF SETTLEMENT WITH DEFENDANTS UPGRADE, INC. AND ALLIANT CAPITAL MANAGEMENT OF NEW YORK, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Jeremy Bard and defendants Upgrade, Inc. and Alliant Capital Management of New York, LLC have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal of defendants Upgrade, Inc. and Alliant Capital Management of New York, LLC within 45 days once the settlement is finalized.

Dated: March 4, 2024

           **Gale, Angelo, Johnson, P.C.**

           /s/ *Joe Angelo*
           Joe Angelo
           Attorney for Plaintiff